**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED YOUNG, an individual, and JIASUI LI (also known as Gary Lee), an individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ACTIONS SEMICONDUCTOR CO., LTD., a Republic of Mauritius Company, ACTIONS SEMICONDUCTOR CO., LTD., a Cayman Islands Company, NAN-HORNG YEH, an individual, and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Civil Action No.: 06 CV 1667 L AJB<br><br>**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** |

/ / /

/ / /

/ / /

1
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

1  Writ:  Summons in a Civil Action; Complaint for Damages; Civil Cover Sheet.

2  The United States District Court for the Southern District of California presents its
3  compliments to the appropriate Judicial Authority in the Republic of Mauritius and requests
4  international judicial assistance to effect service of process upon a named Defendant in the
5  captioned civil proceeding currently pending before this Court.  The Court requests the
6  assistance described herein as necessary in the interests of justice.  It has been represented to
7  this Court that the Defendant, Actions Semiconductor Co., Ltd., may be served at the
8  following address:

9  Registered Agent:  Genpro Consulting (Mauritius), Inc.

10  c/o Intercontinental Trust Ltd.
    Level 3, Alexander House
11  35 Cybercity
    Ebene, Mauritius
12  Tel: (230) 403-0800
    Fax: (230) 403-0801
13

14  Additional Registered Office:

15  7th Floor, Harbor Front Building
    President John Kennedy St.
16  Port Louis, Mauritius

17

18  The Court respectfully requests that you cause copies of the attached documents--
19  Summons in a Civil Action; Complaint for Damages; Civil Cover Sheet-- to be served upon
20  Actions Semiconductor Co., Ltd. at the above addresses, or any other address shown in the
21  official company registry at the time of attempted service, in the manner prescribed for a
22  service of similar documents under the laws of the Republic of Mauritius.  The Court further
23  requests that, after service has been made, you cause the person who serves the documents
24  upon Actions Semiconductor Co., Ltd. to execute a Certificate of Service and return it,
25  together with a copy of the documents served, to this Court at the address below.
26  The Plaintiffs' attorneys stand ready to reimburse your authority for all expenses
27  incurred in executing this request for international judicial assistance.
28  / / /

1      The Court extends to the Judicial Authorities in the Republic of Mauritius the
2 assurances of its highest consideration.
3
4 Dated: July 30, 2007
5
                                                                 _____
6                                                          Hon. M. James Lorenz
                                                         U.S. District Court
7                                                          Southern District of California
                                                         800 Front Street
8                                                          Courtroom 14, 5th Floor
                                                         San Diego, CA 92101-8900
9                                                          United States of America
                                                          Telephone: (619) 557-7669
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE