UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED YOUNG, an individual, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>ACTIONS SEMICONDUCTOR CO.,<br>LTD., a Republic of Mauritius Company,<br>*et al.*,<br><br>                Defendants. | Civil No. 06cv1667-L(AJB)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING AND SETTING BRIEFING SCHEDULE** |

On February 27, 2008, a certificate of service was filed showing Defendant Actions Semiconductor Co., Ltd., a Republic of Mauritius company ("Actions Mauritius") was served with process pursuant to a letter rogatory on January 9, 2008. Accordingly, the order to show cause hearing and status conference currently set for April 28, 2008 at 10:30 a.m. is **VACATED**.

If Actions Mauritius intends to join the pending motion to dismiss for lack of personal jurisdiction and *forum non conveniens* filed by Defendant Actions Semiconductor Co., Ltd, a Cayman Islands Company, it shall file a notice of joinder pursuant to Civil Local Rule 7.1(j) no later than **March 10, 2008**.

**IT IS SO ORDERED.**

DATED: February 29, 2008

                                            M. James Lorenz<br>
                                            United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL