UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED YOUNG, an individual, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>ACTIONS SEMICONDUCTOR CO., LTD., a Republic of Mauritius Company, *et al.*,<br><br>        Defendants. | Civil No. 06cv1667-L(AJB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION RE: BRIEFING SCHEDULE** |

On March 4, 2008, the parties filed a Joint Motion for Order Setting Briefing Schedule on Motion to Dismiss by Defendant Actions Semiconductor Co., Ltd., a Republic of Mauritius Company ("Joint Motion"). In this case Plaintiff alleges breach of contract, fraud and other causes of action against two foreign business entities. Defendant Actions Semiconductor Co., Ltd, a Cayman Islands Company ("Actions Caymans"), which was served more than a year ago, filed a motion to dismiss for lack of personal jurisdiction and *forum non conveniens* currently pending in this court. Defendant Actions Semiconductor Co., Ltd., a Republic of Mauritius Company ("Actions Mauritius") was served on January 9, 2008. It intends to file a motion to dismiss for lack of personal jurisdiction and *forum non conveniens* raising many of the same issues. Both Defendants are represented by the same counsel.

At the February 25, 2007 hearing regarding the status of service of Actions Mauritius, Plaintiff's counsel represented that once the proof of service is filed, Actions Mauritius likely

would want to join in Actions Caymans' motion. Based on this representation and following the filing of the proof of service of Actions Mauritius, the court issued an order on February 29, 2008 stating that if Actions Mauritius intended to join in Actions Caymans' pending motion, it had to file a notice of joinder no later than March 10, 2008.

The parties filed their Joint Motion in response to this order. They maintain that Actions Mauritius does not intend to join in Actions Caymans' motion because its motion will "raise[] a number of different sub-issues and therefore may turn, at least in part, on different arguments." (Joint Mtn. at 2.) However, "the parties agree that there should be sufficient overlap between the issues raised by the two motions that they can and should be heard at the same time." (*Id*.) Accordingly, they request the court to hold the Actions Caymans' motion in abeyance, approve a proposed briefing schedule for Actions Mauritius' motion, allow for jurisdictional discovery, and decide both motions simultaneously.

The court agrees that judicial resources most likely will be saved if the motions are decided together. However, based on the stated overlap in the issues raised by the motions, **IT IS HEREBY ORDERED** as follows:

1. No later than **March 14, 2008**, Actions Caymans shall withdraw its pending motion to dismiss for lack of personal jurisdiction and *forum non conveniens* by filing a notice of withdrawal.

2. No later than **April 7, 2008**, Actions Caymans and Actions Mauritius shall file a combined motion to dismiss for lack of personal jurisdiction and *forum non conveniens*.

3. In the time preceding the due date for their opposition papers, Plaintiffs may conduct jurisdictional discovery specific to Actions Mauritius.

4. No later than **July 7, 2008**, Plaintiffs shall file a combined opposition to Defendants' motion to dismiss for lack of personal jurisdiction and *forum non conveniens*.

5. No lather than **July 14, 2008**, Defendants shall file their combined reply in support of their motion to dismiss for lack of personal jurisdiction and *forum non conveniens*.

/ / / / /

/ / / / /

6. Upon filing of the foregoing, the parties shall await further order of this court.

**IT IS SO ORDERED.**

DATED: March 10, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL